AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Deborah L | U.S. Court of Appeals, 6th Cir | 5/2/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |

| 7. Chambers or Office Address  433 U.S. Courthouse  2 South Main Street  Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Collegescholars, Inc. |

FINANCIAL DISCLOSURE OFFICE
2005 MAY -9 A 10: 30
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am eligible for State of Ohio retirement benefits |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Deborah L | 5/2/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Roderick Linton - partnership distributions |
| 2. | 2004 | Roderick Linton - equitable assurance annuity |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Bank | Line of Credit | J |
| 2. | National City Bank | Mortgage | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AIG common | B | Dividend | M | T | Donated | 12/17 | K | | See note in Part VIII |
| 2.  AIG common | | | | | Sell | 11/24 | L | E | |
| 3.  AIG common | | | | | Sell | 10/26 | M | F | |
| 4.  AIG common | | | | | Sell | 6/21 | K | E | |
| 5.  CTSH common | | | L | T | Buy | 6/3 | L | | |
| 6.  CTSH common | | | | | Sell | 11/12 | L | E | |
| 7.  CTSH common | | | | | Sell | 12/2 | L | E | |
| 8.  Dell common | | | M | T | Buy | 6/3 | J | | |
| 9.  Dell common | | | | | Sell | 12/2 | K | D | |
| 10. POGSX - Personal IRA | | | M | T | | | | | |
| 11. SCH common | B | Dividend | N | T | Buy | 6/3 | J | | |
| 12. SCH common | | | | | Sell | 12/2 | J | | |
| 13. SCH common | | | | | Buy | 12/2 | K | | |
| 14. Cardinal Health common | A | Dividend | | | Sell | 10/20 | M | | |
| 15. CSCO common | | | P1 | T | Sell | 6/3 | O | G | |
| 16. CSCO common | | | | | Sell | 6/21 | K | E | |
| 17. CSCO common | | | | | Sell | 8/31 | K | E | |
| 18. CSCO common | | | | | Sell | 9/27 | L | F | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$60,000 | L = $30,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CSCO common | | | | | Sell | 12/2 | M | G | |
| 20. EMC common | | | M | T | Buy | 12/2 | J | | |
| 21. EMC common | | | | | Sell | 12/2 | K | | |
| 22. Intersil common | B | Dividend | | | Buy | 6/3 | M | | |
| 23. Intersil common | | | | | Sell | 11/12 | L | | |
| 24. Intersil common | | | | | Sell | 11/15 | L | | |
| 25. LLTC common | B | Dividend | L | T | Buy | 12/2 | K | | |
| 26. LLTC common | | | | | Sell | 12/2 | M | F | |
| 27. MXIM common | A | Dividend | L | T | Sell | 12/2 | J | D | |
| 28. MXIM common | | | | | Buy | 12/2 | L | | |
| 29. MDT common | B | Dividend | N | T | Buy | 3/8 | K | | |
| 30. MDT common | | | | | Sell | 12/2 | K | C | |
| 31. MSFT common | D | Dividend | L | T | Buy | 12/2 | J | | |
| 32. Brocade common | | | | | Sell | 3/8 | K | | |
| 33. Morgan Stanley common | B | Dividend | | | Sell | 11/12 | J | | |
| 34. Morgan Stanley common | | | | | Sell | 12/2 | L | | |
| 35. Pfizer common | B | Dividend | L | T | Sell | 12/2 | K | D | |
| 36. PMC-Sierra common | | | - | - | Sell | 12/2 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Veritas common | | | M | T | Sell | 10/20 | K | | |
| 38. Real estate partnership held by Keogh account | | | M | W | | | | | |
| 39. Industrial building paying rent | F | Distribution | M | T | | | | | |
| 40. Summit County Medical Services Bureau | | | | | Donated | 12/28 | K | | See note in Part VIII |
| 41. Victory Gradison Govt Reserves | A | Interest | M | T | | | | | |
| 42. National City Bank | | | J | T | | | | | |
| 43. MBNA | C | Dividend | M | T | Sell | 3/24 | K | B | |
| 44. MBNA | | | | | Sell | 12/2 | J | B | |
| 45. MBNA | | | | | Buy | 12/2 | K | | |
| 46. XLNX | A | Dividend | | | Sell | 11/12 | L | E | |
| 47. AMAT common | | | M | T | Sell | 3/24 | K | B | |
| 48. AMAT common | | | | | Sell | 12/2 | J | | |
| 49. AMAT common | | | | | Buy | 12/2 | L | | |
| 50. Affymetrix Inc X | | | K | T | Buy | 12/2 | K | | |
| 51. Amgen Inc X | | | L | T | Buy | 11/3 | L | | |
| 52. Avid Technology Inc X | | | L | T | Buy | 12/2 | L | | |
| 53. Citigroup X | | | L | T | Buy | 12/2 | L | | |
| 54. EBAY Incorporated X | | | N | T | Buy | 4/29 | L | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $6,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. EBAY Incorporated X | | | | | Buy | 6/3 | N | | |
| 56. EBAY Incorporated X | | | | | Sell | 12/2 | K | D | |
| 57. Electronic Arts Inc X | | | M | T | Buy | 10/20 | M | | |
| 58. Games Inc X | | | J | T | Buy | 5/3 | J | | |
| 59. Games Inc X | | | | | Buy | 5/4 | J | | |
| 60. Harmon International Industries Inc X | | | L | T | Buy | 12/2 | L | | |
| 61. Juniper Networks Inc X | | | L | T | Buy | 12/2 | L | | |
| 62. Qualcomm Inc X | | | L | T | Buy | 11/12 | L | | |
| 63. Rockwell Automation Corporation New X | | | K | T | Buy | 12/2 | K | | |
| 64. Symantec Corp X | | | L | T | Buy | 11/12 | L | | |
| 65. Symantec Corp X | | | | | Buy | 12/2 | J | | |
| 66. Symbol Technologies Inc X | | | K | T | Buy | 11/2 | K | | |
| 67. Symbol Technologies Inc X | | | | | Buy | 12/2 | J | | |
| 68. United Parcel Service Class B Common X | | | L | T | Buy | 11/2 | L | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$25,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Deborah L | 5/2/2005 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I - Collegescholars, Inc. is a charitable trust. The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

Part VII - Victory Gradison Govt Reserves was reported on the 2003 report as McDonald & Co Money Market

Part VII - AIG stock was gifted to Akron Community Foundation and the Summit County Medical Society stock was gifted to Collegescholars, Inc

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cook, Deborah L | 5/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/2/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544